```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

JANEY LEE PAVEY                                          PLAINTIFF

          v.          Civil No. 10-2002

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                           DEFENDANT

## J U D G M E N T

Now on this 2nd day of February, 2011, comes on for consideration the Report and Recommendation dated January 14, 2011, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas. (Doc. 11). Also before the Court are Plaintiff's objections. (Doc. 12). The Court has reviewed this case *de novo*, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; affirms the decision of the Administrative Law Judge; and dismisses plaintiff's complaint with prejudice.

IT IS SO ORDERED.

```
                          /s/ Robert T. Dawson
                          HONORABLE ROBERT T. DAWSON
                          UNITED STATES DISTRICT JUDGE
```